## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 2:12-CV-59-JRG-RSP** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **MCAFEE, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff TQP Development, LLC and defendant McAfee, Inc., pursuant to Fed. R.

Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims between them in this

action  WITH PREJUDICE, subject to the terms of that certain agreement entitled

"**AGREEMENT**" and dated June 19, 2013, with each party to bear its own costs, expenses and

attorneys' fees.


Dated: July 8, 2013                                    Respectfully Submitted,

| **ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC** | **ATTORNEYS FOR DEFENDANT MCAFEE, INC.** |
|---|---|
| \s\*Paul A. Kroeger* | /s/ *Robert M. Parker* |
| | Robert M. Parker |
| Andrew W. Spangler | State Bar No. 15498000 |
| State Bar No. 24041960 | Robert Christopher Bunt |
| **Spangler & Fussell P.C.** | State Bar No. 00787165 |
| 208 N. Green St., Suite 300 | Charles Ainsworth |
| Longview, TX 75601 | State Bar No. 00783521 |
| Telephone:  (903) 753-9300 | Andrew T. Gorham |
| Facsimile:  (903) 553-0403 | State Bar No. 24012715 |
| Email: spangler@sfipfirm.com | **PARKER, BUNT & AINSWORTH, P.C.** |

| | |
|---|---|
| James A. Fussell, III<br>AR State Bar No. 2003193<br>**Spangler & Fussell P.C.**<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone:  (903) 753-9300<br>Facsimile:  (903) 553-0403<br>Email: fussell@sfipfirm.com<br><br>Marc Fenster<br>Email: mfenster@raklaw.com<br>Adam Hoffman<br>Email: ahoffman@raklaw.com<br>Alexander Giza<br>Email: agiza@raklaw.com<br>Kevin Burke<br>Email: kburke@raklaw.com<br>Paul A. Kroeger<br>Email: Pkreoger@raklaw.com<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>310-826-7474<br>Fax: 310-826-6991 | 100 E. Ferguson, Suite 1114<br>Tyler, Texas 75702<br>903/531-3535<br>903/533-9687 - Facsimile<br>E-mail: rmparker@pbatyler.com<br>E-mail: rcbunt@pbatyler.com<br>E-mail: charley@pbatyler.com<br>E-mail: tgorham@pbatyler.com<br><br>Harry L. Gillam, Jr.<br>**GILLAM & SMITH**<br>303 S. Washington Avenue<br>Marshall, Texas 75670<br>Tel. 903/934-8450<br>Fax 903/934-9257<br>Email: gil@gillamsmithlaw.com<br><br>Adam R. Alper (admitted pro hac vice)<br>Sarah E. Piepmeier (admitted pro hac vice)<br>**KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Tel: 415/439-1400<br>Fax: 415/439-1500<br>Email: adam.alper@kirkland.com<br>Email: sarah.piepmeier@kirkland.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant do not oppose the relief sought.

Dated: July 9, 2013

*/s/ Paul A. Kroeger*
Paul A. Kroeger

US 1955841v.1

3