UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MCAFEE, INC., § <br> § <br> Defendant. § <br> § | No. 2:12-CV-59-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant McAfee, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC and defendant McAfee, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated June 19, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 16th day of July, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE